TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for Vang Tran**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case no.: 2:18-cr-00390-RFB-BNW-1 |
| Plaintiff, | |
| vs. | |
| | **STIPULATION TO CONTINUE** |
| VAN TRAN, | **SENTENCING** |
| Defendant. | (First request) |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, through Allison Reese, Assistant United States Attorney, and Defendant, Vang Tran by and through his counsel, Todd M. Leventhal, that the Sentencing currently scheduled for September 14, 2020 at 10:30 a.m, 2019 be continued and set for a date and time convenient for the court but not sooner than sixty (60) days.

This Stipulation is entered into for the following reasons

1. Counsel, Todd M Leventhal, Esq., will be out of jurisdiction on a personal matter until the end of September 2020.

2. The parties agree to the continuance.

3. Defendant Vang Tran is in custody and does not object to the continuance.

4.  This is the First request for a continuance of the Sentencing date.

5.  The additional time for Sentencing requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively and thoroughly research, prepare for Sentencing.

6.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), as well as § 3161(h)(1)(D).

DATED this 2nd day of September 2020

Respectfully submitted by: Todd M. Leventhal, Esq.

/s/ Todd M. Leventhal                                   /s/ Allison Reese
TODD M. LEVENTHAL                              ALLISON REESE
Counsel for Defendant                               Assistant U.S. Attorney
Vang Tran                                                    Counsel for Plaintiff

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for Vang Tran**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case no.: 2:18-cr-00390-RFB-BNW-1 |
| Plaintiff, | |
| vs. | |
| | **STIPULATION TO CONTINUE** |
| VANG TRAN. | **SENTENCING** |
| Defendant. | (First request) |

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing, the Court finds that:

1. Counsel, Todd M Leventhal, Esq., will be out of jurisdiction on a personal matter until the end of September 2020.

2. The parties agree to the continuance.

3. Defendant Vang Tran is in custody and does not object to the continuance.

4. This is the First request for a continuance of the Sentencing date.

5. The additional time for Sentencing requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively and thoroughly research, prepare for Sentencing.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), as well as § 3161(h)(1)(D).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in creating unnecessary risk to the court, its staff, the parties, their counsel and the public.

The continuance sought herein is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C., Section 3161(h)(7)(A), when considering the factors set forth under 18 U.S.C., Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

## ORDER

IT IS HEREBY ORDERED that the Sentencing currently scheduled for September 14 at 10:30 a.m. be continued to _____November 17_____, 2020, at the hour of _11:00 AM_ in Las Vegas Courtroom____7C_____.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1

2

3                   <u>**CERTIFICATE OF SERVICE**</u>

4       I hereby certify that on the 2nd day of September 2020 a true and correct copy of the,

5   **STIPULATION AND ORDER TO CONTINUE SENTENTCING** was filed through the

6   CM/ECF filing system and was electronically served to the following registered addresses on file

7   for this instant case.

8

9                                    ___/s/ Todd M. Leventhal_____

10                                   TODD M. LEVENTHAL, ESQ.
                                     LEVENTHAL & ASSOCIATES, PLLC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24