**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Vang Tran*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VANG TRAN,<br><br>    Defendant. | Case No.: 2:18-cr-00390-RFB-BNW-1<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Vang Tran, that the Sentencing date currently scheduled for November 17, 2020 at 11:00 a.m. and time convenient to this Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1.  The defendant is in custody and does not object to the continuance.

2.  The parties agree to the continuance.

3.  The requested time is not for purposes of delay. Due to the current COVID-19 situation, Mr. Leventhal has had limited time in finalizing the sentencing memorandum and gathering support letters from Mr. Tran's family and friends.

4. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

5. This is the second stipulation to continue the Sentencing date.

DATED: November 12, 2020

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____     By___/s/ Allison Reese_____
TODD M. LEVENTHAL                            ALLISON REESE
Counsel for Defendant                        Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Vang Tran*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VANG TRAN,<br><br>  Defendant. | Case No.: 2:18-cr-00390-RFB-BNW-1<br><br>**ORDER** |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The requested time is not for purposes of delay. Due to the current COVID-19 situation, Mr. Leventhal has had limited time in finalizing the sentencing memorandum and gathering support letters from Mr. Tran's family and friends.

3

4. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

5. This is the second stipulation to continue the Sentencing date.

## **ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for November 17, 2020 at the hour of 11:00 a.m., is vacated and continued to February 18, 2021 at the hour of 11:00 __.m.

DATED this 12th day of November 2020.

BY: _____
HONORABLE RICHARD F. BOULWARE, II
United States District Court Judge

4