**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Vang Tran*

## UNITED STATES DISTRICT COURT

## DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>VANG TRAN,<br><br>           Defendant. | Case No.: 2:18-cr-00390-RFB-BNW-1<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Vang Tran, that the Sentencing date currently scheduled for November 25, 2021 at 4:15 p.m. and time convenient to this Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1.     The defendant is in custody and does not object to the continuance.

2.     The parties agree to the continuance.

3.     The requested time is not for purposes of delay. Due to the current COVID-19 situation, Mr. Tran prefers in person sentencing hearing.  Mr. Tran understands that he is facing prison time and prefers in person appearance to have his family for support and an interpreter.

4.      The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

5.      This is the Third stipulation to continue the Sentencing date.

DATED: February 4, 2021

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____          By___/s/ Allison Reese_____
TODD M. LEVENTHAL                                ALLISON REESE
Counsel for Defendant                            Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Vang Tran*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>VANG TRAN,<br><br>            Defendant. | Case No.: 2:18-cr-00390-RFB-BNW-1<br><br>**ORDER** |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The requested time is not for purposes of delay. Due to the current COVID-19 situation, Mr. Tran prefers in person sentencing hearing.  Mr. Tran understands that he is facing prison time and prefers in person appearance to have his family for support and an interpreter.

3

4. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

5. This is the Third stipulation to continue the Sentencing date.

**ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for November 25, 2021 at the hour of 4:15 p.m., is vacated and continued to April 22, 2021 at the hour of 1:30 p.m., in person, in LV Courtroom 7C.

DATED this 24th day of February 2021

_____
HONORABLE RICHARD F. BOULWARE, II
United States District Judge

4